MIE 3
Revised 07/12

Order of the Court to Dismiss Recall Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

v.

DENDY, Ronald                                        Crim. No.:  17CR20590-01

On 02/03/2023 the Court authorized a petition and warrant for supervised release violation charge(s).

On 07/21/2023, DENDY was sentenced in the 7th Circuit Court in Flint, Michigan on a Second-Degree Murder charge to a minimum of 58 months to a maximum of 420 months. The probation department is recommending that the violation petition be dismissed, and the warrant be recalled, and supervision continued to the original expiration date.

Respectfully submitted:

s/Warren L. Henson
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 28th Day of July, 2023.

s/Matthew F. Leitman
Matthew F. Leitman
U.S. District Court Judge

cc:  U.S. Marshal